# Third District Court of Appeal

## State of Florida

Opinion filed October 6, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0204
Lower Tribunal No. 17-9278
_____

**David Reed,**
Appellant,

vs.

**Deutsche Bank National Trust Company**, etc.,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

The D'Apuzzo Law Firm, and Theodore D. D'Apuzzo (Ft. Lauderdale), for appellant.

Aldridge | Pite, LLP, and Zachary Y. Ullman, and Julia Y. Poletti (Delray Beach), for appellee.

Before LOGUE, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.